UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JEREMY A. TERRY, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 1:06-cv-1173-DFH-TAB |
| ) | |
| RON RICE, ) | |
| ) | |
| Respondent. ) | |

**JUDGMENT**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

_____
DAVID F. HAMILTON, Judge
United States District Court

Date: 5/14/2007

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Linda Sue Leonard
INDIANA STATE ATTORNEY GENERAL
linda.leonard@atg.in.gov

Jeremy A. Terry   DOC #933421
New Castle Correctional Facility
P.O. Box A
New Castle, IN   47362